In the Matter of the Arbitration between ART INFANTS WEAR, INC., Appellant, and JACK C. TURK et al., Individually and as Copartners Doing Business under the Name of JACK C. TURK COMPANY, Respondents.

Argued October 2, 1947; decided January 8, 1948.

*Martin C. Greene* and *David N. Aberman* for appellant.
*Sydney J. Schwartz* and *Samuel D. Turk* for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.